Willie RICHMOND *v.* STATE of Arkansas

CR 79-10 — S.W. 2d —

Motion for Rule on Clerk to lodge
transcript granted February 12, 1979

PER CURIAM. Motion for Rule on Clerk to lodge transcript is granted.

JOHN A. FOGLEMAN, Justice, concurring. I vote to grant this motion only because petitioner has been sentenced to two sentences for life imprisonment and for a term of 20 years, all to run consecutively.

I am authorized to state that the Chief Justice joins in this opinion.

DARRELL HICKMAN, Justice, dissenting. Consistent with the position that I took in *Harkness* v. *State,* 264 Ark. 561, 572 S.W. 2d 835 and *McCree* v. *State,* 265 Ark. 46, — S.W. 2d —. I dissent to granting the rule on the clerk in this case.

There was no good cause shown for the record being tendered to our clerk three months late.

The young attorney for Willie Richmond stated that this was his first appeal and that he did not know he had only ninety days to lodge the record; he thought that he had seven

months. It is my opinion this was not for good cause. We should not presume incompetence of counsel without a hearing of some sort and I would deny the motion and let the matter take its natural course.